**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 137 MM 2017
:
Respondent :
:
:
:
v. :
:
:
:
KARL ERNST ROMINGER, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2017, the Request for King's Bench Relief is DENIED.